# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GEODYNAMICS, INCORPORATED | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:17-cv-371-RSP |
| | § | |
| DYNAENERGETICS US, INC., | § | |
| Defendants. | § | |
| | § | |

## JUDGMENT

This matter having come before the Court for trial by jury on October 4, 2018, and the jury having rendered a unanimous verdict on October 10, 2018,

IT IS HEREBY ORDERED AND ADJUDGED that Defendant DynaEnergetics US, Inc., is found not to have infringed Claims 1 and 28 of United States Patent No.8,220,394;

IT IS FURTHER ORDERED AND ADJUDGED that Claims 1 and 28 of United States Patent No. 8,220,394 are declared to be invalid as obvious.

**SIGNED this 10th day of October, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE